1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   RUTH M. KWON (Cal. Bar No. 232569)
4  Assistant United States Attorney
         Room 7516, Federal Building
5        300 North Los Angeles Street
         Los Angeles, California  90012
6  Tel:  (213) 894-3038
   Fax:  (213) 894-7819
7  Email: Ruth.Kwon@usdoj.gov
   Attorneys for Defendant and Cross-Defendant
8  UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HALL, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA: BRIANNE PENNINGTON: JOHN EDWARD PENNINGTON and DOES 1 through 10,<br><br>  Defendants. | Case No. CV 10-06781 ODW (DTBx)<br><br>**ORDER DISMISSING CLAIMS AND CROSS-CLAIMS WITH PREJUDICE**<br><br>Hon. Otis D. Wright II<br>United States District Judge |
| BRIANNE PENNINGTON AND JOHN EDWARD PENNINGTON<br><br>  Cross-Claimants,<br><br>  v.<br><br>UNITED STATES OF AMERICA, AND ROES 1 THROUGH 10,<br><br>  Cross-Defendants. | |

Pursuant to the Stipulation for Compromise Settlement and Dismissal of Action filed by the parties, IT IS HEREBY ORDERED:

1. Plaintiff's claims are dismissed with prejudice;

2. Defendants Brianne Pennington and John Edward Pennington's cross-claims are dismissed with prejudice;

3. Each party shall bear its own costs of suit and attorneys' fees; and

4. The Court retains jurisdiction pending payment of the settlement funds.

DATED: August 11, 2011

HON. OTIS D. WRIGHT II
United States District Judge